JS-6

Martin Cervantes, Esq., SBN: 87487
mac@cervanteslaw.org
Law OFFICES of Martin A. Cervantes
1710 Plum Lane, Suite A
Redlands, CA 92374-0100
Telephone: (909) 307-9590
Facsimile: (909) 307-9580

Attorneys for Plaintiffs,
**JESSICA BROWN and ANDREW BROWN**

John W. Shaw, Esq., SBN: 82802
jshaw@sksattorneys.com
Lisa Satter, Esq., SBN: 116185
lsatter@sksattorneys.com
**SHAW KOEPKE & SATTER, LLP**
105 W. Torrance Blvd., Suite 106
Redondo Beach, California 90277
Telephone: (310) 373-4445
Facsimile: (310) 373-4440

Attorneys for Defendant,
**DANELLA POWER SERVICES OF CALIFORNIA, INC.**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BROWN and ANDREW BROWN, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM BENNETT, JR., DANELLA POWER SERVICES OF CALIFORNIA, INC.; and DOES 1-50, Inclusive <br><br> Defendants. | Case No. EDCV 22-103-GW-SPx <br><br> Date Complaint Filed: August 27, 2021 <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** <br><br> Judge George H. Wu <br> Courtroom 9D |

1

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

# ORDER

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 26, 2022

_____
Honorable George H. Wu
United States District Judge